May 15, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

**MOON SUN (CASEY) KANG, KATHLEEN (KATIE) LEE, and SANG PIL (SCOTT) LEE, Appellants**

NO. 14-13-00086-CV            V.

NO. 14-13-00088-CV

**BRUCE W. DERRICK, Appellee**

_____

These causes, appeals from the final judgment in favor of appellee, Bruce W. Derrick, signed November 27, 2012, were heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Moon Sun (Casey) Kang, Kathleen (Katie) Lee, and Sang Pil (Scott) Lee, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.